Juan L. **GARCIA**, Petitioner,

v.

**GAINAN'S CHEVROLET CITY, INC.,** and **General Motors Acceptance Corporation,** Respondents.

No. C–3695.

Supreme Court of Texas.

May 29, 1985.

Hector Gonzalez Law Office, Thomas M. Schumacher, Corpus Christi, for petitioner.

Kleberg, Dyer, Redford and Weil, William J. Chriss, Sorrell, Anderson and Sorrell, Andrew J. Lehrman, Corpus Christi, for respondents.

WALLACE, Justice.

This suit was brought by Garcia for statutory penalties and attorney's fees pursuant to the Texas Consumer Credit Code, TEX.REV.CIV.STAT.ANN. art. 5069–7.01, *et seq.*, (Vernon Supp.1984). The trial court rendered a take. nothing judgment. The court of appeals affirmed in an unpublished opinion. This is a companion case to *Gonzalez v. Gainan's Chevrolet City, Inc. and General Motors Acceptance Corp.*, 690 S.W.2d 885 (Tex.1985), decided this same day. The issues are identical in both cases.

We reverse the judgment of the court of appeals and remand this cause to the trial court for a determination of damages and attorney's fees.

McGEE, J., dissents, in which GONZALEZ, J., joins.

McGEE, Justice, dissenting.

I dissent for the reasons stated in my dissenting opinion in *Gonzalez v. Gainan's Chevrolet City, Inc.*, 690 S.W.2d 885 (Tex. 1985).

GONZALEZ, J., joins in this dissent.